United States District Court
Southern District of Texas
**ENTERED**
February 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-269 |
| | § | |
| JOHN DOE subscriber assigned IP address 98.194.246.112, | § | |
| | § | |
| Defendant. | § | |

## **ORDER OF DISMISSAL WITH PREJUDICE**

On February 26, 2024, the plaintiff filed a notice of voluntary dismissal as to its claims against the defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. 10.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the defendant in the above-captioned and numbered lawsuit are **DISMISSED WITH PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 26th day of February, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE